Justice HUDSON,
concurring in the result.
I agree with the majority’s analysis of the waiver issue. However, the extended discussion of the merits of the case is entirely dictum, with which I do not agree for the reasons I have stated in dissenting opinions in State v. Ortiz-Zape,_N.C._,_S.E.2d_(2013) (329PA11) (Hudson, J., dissenting), and State v. Brewington,_N.C. _,_S.E.2d_(2013) (235PA10) (Hudson, J., dissenting), and in a concurring opinion in State v. Craven,_N.C._,_S.E.2d_ (2013) (322PA10) (Hudson, J., concurring). Therefore, I concur in the result.